## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-36661 |
| BEST TOYS, INC. ) | Chapter 11 |
| ) | |
| ) | Honorable Janet S. Baer |
| Debtor. ) | |

## NOTICE OF MOTION

TO:  See Attached Service List

    Please take notice that on December 17, 2014 at 9:30am, I shall appear before the Honorable Janet S. Baer, or any judge sitting in her stead, in Courtroom 615, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Motion to Sell Real Property, a copy of which is attached hereto and thereby served upon you. You may appear if you see fit to do so.

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepared and depositing same in U.S. Mail, Lisle, Illinois on the 3rd day of December, 2014.

                                                  /s/ John J. Lynch

John J Lynch (#6270193)
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL  60532
Phone:  (630) 960-4700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 14-36661** |
| **BEST TOYS, INC.** | ) | **Chapter 11** |
| | ) | |
| | ) | **Honorable Janet S. Baer** |
| **Debtor.** | ) | |

## SERVICE LIST

Patrick S Layng, U.S. Trustee
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
Via Electronic Court Notification

M. Gretchen Silver
Office of the United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
(312) - 886-0890
Via Electronic Court Notification

Ridgestone Bank
c/o Edmond M. Burke, Principal
Chuhak & Tecson, PC
30 S. Wacker Drive, Suite 2600
Chicago, IL. 60606
Via Electronic Court Notification and
Email: eburke@chuhak.com

Michael Roth
IceMiller LLP
2300 Cabot Drive, Ste. 455
Lisle, IL 60532
Via Regular Mail and
Email: Michael.Roth@icemiller.com

Best Toys, Inc.
5100 Academy Drive, # 300
Lisle, IL 60532

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 14-36661 |
| **BEST TOYS, INC.** | ) Chapter 11 |
| | ) |
| | ) Honorable Janet S. Baer |
| Debtor. | ) |

## MOTION FOR ORDER APPROVING THE CONTRACT AND SALE OF 5100 ACADEMY DRIVE, SUITE 300, LISLE, ILLINOIS 60532

NOW COMES BEST TOYS, INC., Debtor and Debtor-In-Possession, by and through its attorneys, Lynch Law Offices, P.C. and moves this Court for an order approving the sale of the real property in accordance with 11 U.S.C. §363(b) of the Bankruptcy Code, and in support thereof, states as follows:

### Jurisdiction and Venue

1. The Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on October 8, 2014.

2. This Court has jurisdiction over this case under 28 U.S.C. §1334 and this matter is a core proceeding under 28 U.S.C. §§157(b)(2)(A), (N) and (O).

3. Venue of this proceeding is proper in this district under 28 U.S.C. §§ 1408 and 1409.

### Description of Contract

4. Debtor is an Illinois corporation that owns an industrial condominium of approximately 1,335 square feet located at 5100 Academy Drive, Suite 300, Lisle, Illinois 60532 ("Property").

5. As a result of negotiations between the Debtor and Ansar, LLC, an Illinois limited liability company, the Debtor entered into a Condominium Real Estate Sale and Purchase

Contract dated November 21, 2014 ("Contract"). A copy of the Contract is attached hereto as Exhibit "A" and incorporated herein by this reference.

6. The Property shall be sold on an "AS IS" basis, without representation, warranty or guaranty of any kind, except as otherwise stated in the Contract.

7. Ansar, LLC shall pay the sum of Three Hundred Seventy Five Thousand and 00/1000 Dollars ($375,000.00) to Debtor at Closing. The net proceeds from such sale are to be tendered to Ridgestone Bank.

8. Ansar, LLC has paid an initial earnest money deposit in the amount of Thirty Seven Thousand Five Hundred Dollars ($37,500.00). The balance of the purchase price is to be paid at closing.

9. The closing date is tentatively set for Decebber 22, 2014.

### Authorization of Sale Pursuant to 11 U.S.C. §363

10. The offer submitted by Ansar, LLC for the Property is the best offer the Debtor has received to date and the price offered constitutes fair and reasonable consideration for the Property.

11. Ansar, LLC is not an insider, agent, employee or a relative of the Debtor.

12. By and through this Motion, Debtor seeks an entry of an Order authorizing Debtor to sell the Property to Ansar, LLC pursuant to the terms and conditions of the Contract.

13. 11 U.S.C. §363(b) of the Cod authorizes the sale of the Property out of the ordinary course of business after notice and hearing. *In re Vlasek*, 325 F.3d 955, 961 (7th Cir. 2003). Although determination of whether a sale arose out of the ordinary course of business lies within the sole discretion of this Court, generally such sales are approved if

the proposed sale is supported by the sound business judgment of the Debtors, if the consideration is fair and reasonable and the sale is in good faith.

14. Debtor has analyzed the Contract and has determined that, in its business judgment, a sale of the Property to Ansar, LLC in accordance with the terms and conditions of the Contract is in the best interest of the bankruptcy estate.

15. Debtor requests that this Court: (i) authorize the sale of the Property pursuant to §363(b) of the Code and the terms and conditions described in the Contract, or such other and better terms as may be submitted to the Court; (ii) find that Ansar, LLC is a good faith purchaser of the Property pursuant to §363(m) of the Code and is entitled to all protections thereunder, that Ansar, LLC is not a successor in interest of the Debtor, and that Ansar, LLC is entering into the Contract in good faith; (iii) overrule any and all objections to the sale; (iv) declare the Debtor has full authority to execute the Contract and to close on the sale of the Property, that all appropriate action has been taken and that no further consents or approvals are required for consummation of the Contract; (v) declare that the sale of the Property pursuant to the terms of the Contract is fair, reasonable and in the best interest of the Debtor, its creditors and the bankruptcy estate; (vi) authorize the Debtor to pay the net proceeds of sale at the closing to Ridgestone Bank; (vii) find that proper notice of the sale was given and that reasonable time to object and be heard was provided to all interested parties; (viii) provide for the continued jurisdiction of the Bankruptcy Court to enforce the terms of the Order and the Contract; and (ix) grant such other and further relief as may be just and proper to effectuate the sale of the Property.

## **Payment of Proceeds**

16. Debtor acknowledges that all net proceeds of the sale of the Property shall be paid to Ridgestone Bank in accordance with the Agreed Interim Order Authorizing the Use of Cash Collateral. That Order is attached as Exhibit B and incorporated herein by this reference.

17. Debtor requests authorization to pay and/or satisfy at closing from the Purchase Price, in order of priority: (i) closing costs; (ii) any other amounts owed pursuant to any pro-rations required by the Contract; (iii) any and all other fees, charges, taxes or outstanding sewer and other utility liens running with the Property as provided under the Contract; (iv) Quarterly Fee to the U.S. Trustee in the amount of $4,875 pursuant to 28 U.S.C. §1930(a)(6); and (v) the net balance of Purchase Price proceeds to Ridgestone Bank, to be sent by overnight delivery.

18. A preliminary Closing Statement is attached as Exhibit C and incorporated herein by this reference.

19. That the required notice period be shortened.

WHEREFORE, Debtor prays that this honorable Court enter an Order approving this Motion and granting the following relief:

A. Authorize and allow the sale of the real property located at 5100 Academy Drive, Unit 3, Lisle, Illinois 60532 pursuant to the terms and conditions described in the Condominium Real Estate Sale and Purchase Contract or such other better terms as may be submitted at the hearing on this Motion;

B. Find that proper notice of the sale was given and that the reasonable time to object and be heard was provided to all interested parties and is sufficient notice under the circumstances;

C. Find that Ansar, LLC is a good faith purchaser of the Property pursuant to §363(m) of the Code and is entitled to all protections thereunder, that Ansar, LLC is not a successor in interest of the Debtor, and that Ansar, LLC is entering the sale in good faith;

D. Declare that the Debtor has full authority to execute the Contract and that no further consents or approvals are required for consummation of the Contract;

E. Declare that the sale of the Property pursuant to the Contract is fair and reasonable and is in the best interest of the Debtors, their creditors and the bankruptcy estate;

F. Provide for the continued jurisdiction of the Bankruptcy Court to enforce the terms of the Order and the Contract;

G. Authorize Debtor to pay net proceeds of the sale to Ridgestone Bank;

H. Overrule any and all objections to the sale; and

I. Grant such other and further relief as may be just and proper.

Date: December 3, 2014                    Respectfully submitted
                                          BEST TOYS, INC.

                                          By: /s/ John J Lynch
                                          One of its attorneys

John J Lynch (#6270193)
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL  60532
Phone:  (630) 960-4700